GEORGE S. CARDONA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
BRENT A. WHITTLESEY
Assistant United States Attorney
California Bar Number:    73493
    Room 7516 Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2445
    Facsimile: (213) 894-5900

Attorney for Plaintiff
United States of America

JS - 3

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. ED CR 02-00039-VAP |
| Plaintiff, | |
| v. | **ORDER AUTHORIZING SALE OF PERSONAL PROPERTY** |
| CRAIG ST. CLAIR, | DATE: December 28, 2009 |
| Defendant. | TIME: 9:00 a.m. |

The Court having considered the motion of the plaintiff United States for an order authorizing the United States Marshals Service to sell certain personal property described on the attached Exhibit A ("Property"), and it appearing that good cause exists for the granting of such motion, it is hereby ORDERED as follows:

    1.  The U.S. Secret Service is authorized and directed to deliver possession of the Property to the USMS, or to an auctioneer selected by the USMS.  The USMS, or an auctioneer

selected by the USMS, is authorized and directed to conduct a sale of the Property on or after January 30, 2009.

2. The USMS, or an auctioneer selected by the USMS, is authorized to conduct the sale of the Property on such terms as the USMS or its auctioneer shall deem to be appropriate. The USMS or its designated auctioneer shall be authorized to reject any bid for the purchase of the Property that the USMS or its designated auctioneer believes should be rejected.

3. The USMS shall transmit the proceeds of sale of the Property net of any expenses incurred to the Clerk of the U.S. District Court to be applied to defendant Craig St. Clair's outstanding indebtedness for special assessments and restitution.

DATED:

January 27, 2010
HON. VIRGINIA A. PHILLIPS
United States District Judge

Presented by:

THOMAS P. O'BRIEN
United States Attorney

LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

   /S/
_____
BRENT A. WHITTLESEY
Assistant United States Attorney

Attorneys for Plaintiff
United States of America